UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH RUSSETT, BETH CALABRESE, and JAN BULLARD, individually and on behalf of all others similarly situated,<br><br>     Plaintiff.,<br><br>  v.<br><br>NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,<br><br>     Defendant. | Civil Action No. 7:19-cv-07414-KMK |

## NOTICE OF MOTION FOR
## PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  **PLEASE TAKE NOTICE** that upon: (1) the accompanying Memorandum of Law; and (2) the Declaration of Philip L. Fraietta, and the exhibits attached thereto (including the Parties' Class Action Settlement Agreement), Plaintiffs Elizabeth Russett, Beth Calabrese, and Jan Bullard, through their undersigned attorneys, will move this Court, before the Honorable Kenneth M. Karas, United States District Court Judge, Southern District of New York, at the Charles L. Brieant Jr. United States Courthouse, 300 Quarropas Street, White Plains, New York, for an Order, pursuant to Federal Rule of Civil Procedure 23(e): (i) granting preliminary approval of the Class Action Settlement; (ii) provisionally certifying the Settlement Class under Federal Rule of Civil Procedure 23(b)(3) in connection with the settlement process; (iii) appointing Bursor & Fisher, P.A. as Class Counsel; (iv) appointing Elizabeth Russett, Beth Calabrese, and Jan Bullard as the Class Representatives for the Settlement Class; and (v) granting such other, further, or different relief as the court deems just and proper.

                * * *

  A Proposed Preliminary Approval Order is submitted herewith.

Dated:  April 7, 2020　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　By:   */s/ Philip L. Fraietta*
　　　　　　　　　　　　　　　　　　　　　　　　　Philip L. Fraietta

**BURSOR & FISHER, P.A.**

Philip L. Fraietta
888 Seventh Avenue
New York, NY  10019
Telephone:  (646) 837-7150
Facsimile:  (212) 989-9163
Email:   pfraietta@bursor.com


**BURSOR & FISHER, P.A.**

Frederick J. Klorczyk III
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone:  (925) 300-4455
Facsimile:  (925) 407-2700
Email:  fklorczyk@bursor.com

*Proposed Class Counsel*