**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ELIZABETH RUSSETT, BETH CALABRESE, and JAN BULLARD, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,<br><br>     Defendant. | Civil Action No. 7:19-cv-07414-KMK |

**NOTICE OF MOTION FOR FINAL APPROVAL OF**
**<u>CLASS ACTION SETTLEMENT</u>**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  **PLEASE TAKE NOTICE** that on October 6, 2020 at 10:30 a.m. before the Honorable Kenneth M. Karas, United States District Judge for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, Plaintiffs Elizabeth Russett, Beth Calabrese, and Jan Bullard ("Plaintiffs"), by and through Class Counsel will move and hereby do move for an order: (1) finally approving the Class Action Settlement, and (2) certifying the Settlement Class.

  **PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Plaintiffs will rely upon: (1) the accompanying Memorandum of Law, (2) the Declaration Philip L. Fraietta, and the exhibits attached thereto (including the Parties' Class Action Settlement Agreement), and (3) the Declaration of Jennifer M. Keough, and the exhibits attached thereto.

  **PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests oral argument.

* * *

A Proposed Final Judgment and Order of Dismissal with Prejudice is submitted herewith.

Dated: September 22, 2020

Respectfully submitted,

By:    */s/ Philip L. Fraietta*
       Philip L. Fraietta

**BURSOR & FISHER, P.A.**
Philip L. Fraietta
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

Frederick J. Klorczyk III
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: fklorczyk@bursor.com

*Class Counsel*